# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK DAPPOLLONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BENEFICIAL BANCORP, INC., FRANK A. FARNESI, EDWARD G. BOEHNE, KAREN DOUGHERTY BUCHHOLZ, MICHAEL J. DONAHUE, DONALD F. GAYHARDT, JR., ELIZABETH H. GEMMILL, THOMAS J. LEWIS, and ROY D. YATES,<br><br>Defendants | Case No.: 1:18-cv-09395-PGG |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntary dismisses with prejudice as to Plaintiff and without prejudice as to the putative class the above-titled action against Defendants as moot. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: January 4, 2019

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Plaintiff*

1